# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BLUE RIBBON PACKAGING CORP D/B/A WEST READING STRAPPING, KEVIN LENEGHAN, STEPHEN LENEGHAN AND DAVID LENEGHAN, | : : : : : | No. 104 MAL 2019 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : | |
| | : : : | |
| v. | : : : | |
| KEVIN HUGHES, NARROW HOLDINGS, LLC, LONGVIEW CONSTRUCTION, LLC, GEORGEADIS SETLEY RAUCH AND PLANK AND NICOLE PLANK, | : : : : : | |
| Respondents | : | |

| | | |
|---|---|---|
| BLUE RIBBON PACKAGING CORP D/B/A WEST READING STRAPPING, KEVIN LENEGHAN, STEPHEN LENEGHAN AND DAVID LENEGHAN, | : : : : | No. 105 MAL 2019 |
| | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : | |
| | : : : | |
| v. | : : : : | |
| KEVIN HUGHES, NARROW HOLDINGS, LLC, LONGVIEW CONSTRUCTION, LLC, GEORGEADIS SETLEY RAUCH AND PLANK AND NICOLE PLANK, | : : : : : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.